MARGARET M. BOWDEN, as Trustee of the Property of JULIA J. SUTFIN, Plaintiff, *v.* HEARL L. OWEN, Individually and as Executor of JULIA J. SUTFIN, Deceased, et al., Appellants, and LAWRENCE B. SUTFIN et al., Respondents.

Reported below, 187 App. Div. 910.

(Argued April 7, 1919; decided April 15, 1919.)

MOTION to dismiss an appeal from an order of the Appellate. Division of the Supreme Court in the third judicial department, entered January 9, 1919, which affirmed an order of Special Term directing distribution of the trust fund herein.

The motion was made upon the ground that the appeal was frivolous and taken solely for purpose of delay.

*George H. Stenacher* for motion.

*Robert W. Fisher* opposed.

Motion denied, with ten dollars costs.

---

PAUL DICKEY, Appellant, *v.* CHRISTOPHER A. GORTNER, Respondent.

(Submitted April 7, 1919; decided April 15, 1919.)

Motion for re-argument denied, without costs. (See 223 N. Y. 531.)